# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 28, 2025

Lyle W. Cayce
Clerk

No. 23-10386
Summary Calendar

_____

United States of America,

*Plaintiff—Appellee*,

*versus*

Jerrell Anthony Bazile,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CR-127-1

_____

Before Jolly, Jones, and Willett, *Circuit Judges*.

Per Curiam:[*]

Jerrell Anthony Bazile asserts that the statute under which he was convicted, 18 U.S.C. § 922(g)(1), is facially unconstitutional under the Second Amendment in view of *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022). The Government has filed an unopposed motion

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-10386

for summary affirmance, or alternatively, for an extension of time in which to file a brief.

The Government is correct that Bazile's challenge is foreclosed. *See United States v. Diaz,* 116 F.4th 458, 471-72 (5th Cir. 2024). Therefore, summary affirmance is appropriate. *See Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969). The motion for summary affirmance is GRANTED, the alternative motion for an extension of time is DENIED, and the judgment of the district court is AFFIRMED.